**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 01:06-CR-0318** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **ALEX SANTIAGO** | : | |

## ORDER

AND NOW, this 4th day of April, 2007, upon consideration of defendant's

motion (Doc. 54) for release from detention pending trial, and for the reasons set

forth by the court during a hearing held on this date, it is hereby ORDERED that

the motion (Doc. 54) is DENIED.

                     S/ Christopher C. Conner
                     CHRISTOPHER C. CONNER
                     United States District Judge